**Order entered November 7, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00957-CV

### KENNETH LEO BUHOLTZ, Appellant

### V.

### GREGG GIBBS AND CHARLES PHILIPS, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01275-2016**

## ORDER

Before the Court is appellant's motion to supplement the clerk's record with documents he mailed to the Collin County Clerk for filing but that were returned to him unfiled. Because a clerk's record can include only papers filed with the trial court clerk, we **DENY** the motion.

We **ORDER** appellant to file an amended brief that includes appropriate citations to the clerk's record and otherwise complies with the requirements of Texas Rule of Appellate Procedure 38.1 no later than November 27, 2018. *See* TEX. R. APP. P. 38.1.


/s/     ADA BROWN
        JUSTICE